**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1886**

_____

KARL HEINZ KREY,

                Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:15-cv-03800-DKC)

_____

Submitted: July 30, 2018                          Decided: August 17, 2018

_____

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dmitri A. Chernov, Rockville, Maryland, for Appellant. Stephen M. Schenning, Acting United States Attorney, Sarah A. Marquardt, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Heinz Krey appeals the district court's order dismissing his case for lack of subject matter jurisdiction based on the discretionary function exception to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2680(a) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Krey v. United States*, No. 8:15-cv-03800-DKC (D. Md. June 28, 2017).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2